# United States District Court
# Eastern District of California

Samiya Malik, et al.,

Plaintiff(s)

V.

Wanda Wilson, et al.,

Defendant(s)

Case Number: 1:26-CV-08145-JLT-HBK

**ORDER APPROVING APPLICATION FOR PRO HAC VICE**

(Doc. 11)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Hassan M. Ahmad hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Petitioner Samiya Malik

On 08/04/2017 (date), I was admitted to practice and presently in good standing in the US Dist Ct Western Dist of VA (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

No. 1:26-cv-05132-JLT-EGC Aruci v. Wilson, et al., filed 09/20/2026, granted same day.

No. 1:25-cv-01434 Hamdi v, Trump, et al., filed 10/28/2025, granted same day.

Date: 10/05/2026 Signature of Applicant: /s/ Hassan M. Ahmad

**Pro Hac Vice Attorney**

Applicant's Name: Hassan M. Ahmad

Law Firm Name: The HMA Law Firm, PLLC

Address: 6 Pidgeon Hill Drive Suite #330

City: Sterling State: VA Zip: 20165

Phone Number w/Area Code: (703) 964-0245

City and State of Residence: Sterling, VA

Primary E-mail Address: hma@hmalegal.com

Secondary E-mail Address: ______

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Ramsey Judah

Law Firm Name: Judah Law Group

Address: 1026 W Foothill Blvd

City: Upland State: CA Zip: 91786

Phone Number w/Area Code: (626) 899-7667 Bar # 342300

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER if has not already done so.

Dated: October 6, 2026

Helena M. Barch-Kuchta
U.S. Magistrate Judge